JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EDMONDS,<br><br>        Plaintiff,<br><br>   v.<br><br>BRENTWOOD JEFFERSON LLC, et al.,<br><br>        Defendants. | Case No. CV 20-782-GW-PLAx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

    Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

    Plaintiff Sandra Edmonds's ("Plaintiff") action against Defendant Brentwood Jefferson LLC ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: August 6, 2020

_____
HON. GEORGE H. WU, U.S. District Judge